STATE of Missouri, Respondent,

v.

Keith Edwin BRODIE, Appellant.

No. WD 72987.

Missouri Court of Appeals,
Western District.

Jan. 17, 2012.

Gary E. Brotherton, for Appellant.

John W. Grantham, for Respondent.

Before Division Two: MARK D. PFEIFFER, Presiding Judge, VICTOR C. HOWARD, Judge and CYNTHIA L. MARTIN, Judge.

### ORDER

PER CURIAM:

Keith Brodie appeals his convictions following a jury trial on two counts of domestic assault in the third degree, section

1. All rule references are to Mo. R.Crim. P.2010, unless otherwise indicated.

565.074, RSMo Cum.Supp.2010. On appeal, Brodie claims that the trial court plainly erred in entering a judgment of conviction on the two counts because the second conviction violated his right to be free from double jeopardy in that the evidence showed that only one assault occurred. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The convictions are affirmed. Rule 30.25(b).